IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Gregory Kenny Lee #184070
_____
Full name and prison name of
Plaintiff(s)

RECEIVED
2007 NOV -7 A 9:52
DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTRICT A

CIVIL ACTION NO. 2:07cv996-WHA
(To be supplied by Clerk of U.S. District Court)

v.

Warden Hope
Ass. Warden Louis Boyd
Lt. Speck
Sgt. Smith   Captain Nedles
C/I Jakens
Sgt. Jackson
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  NO ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☒   NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s) Gregory Kenny Lee #184070

         Defendant(s) Warden Hope / Warden Louis Boyd

      2.   Court (if federal court, name the district; if state court, name the county)

         United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) __Dismissed__
   Dism

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __Fountain C.C.__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bullock C.C.__
__In Lockdown Seg.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Warden Hope | |
| 2. Ass. Warden Louis Boyd | |
| 3. Lt. Speck | |
| 4. Sgt. Smith | |
| 5. C/O 1 Jakens | |
| 6. Sgt. Jackson | |
| 7. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Was sodomized and Raped by Administration__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

April 2005 - at Bullock C.C.
Warden Hope / Ass. Warden Louis
Captain Neales Boyd / Lt. Speck / Sgt. Smith
C/o 1 Jahens / Sgt. Jackson

GROUND TWO: To whom it may concern I was a inmate at Bullock C.C. in Union Springs Alabama around and delt with women

SUPPORTING FACTS: officers of the camp who sold there bodies for money I was raped physically and sodomized by Warden Folks / Ass Warden Louis Boyd / Sgt. Jackson / Lt Speck Sgt. Smith and C/o1 officer Jahens and Sgt Jenkins. Because Lt. told them I raped her. I would like to file

GROUND THREE: Criminal charges and Be cared to a Free World Hospital in Federal Custody please. Could you please send some one here to

SUPPORTING FACTS: Fountain C.C. to talk to me Because they slap me in my face and that aint right I would like to file on them Bullock Co Co Facility Hwy 82 East P.O. Box 5107 Union Spring Al. 36089

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the courts to file charges I would like the court to order me to a freeworld hospital also I would like to sue each person for damage and compensation

Gregory Lee AIS #180020
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/4/07
(Date)

Gregory Lee AIS #180020
Signature of plaintiff(s)

