IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KENNETH LEE, #184070, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07cv996-WHA |
| | ) | |
| WARDEN HOPE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge entered on November 9, 2007 (Doc. #3), the court adopts the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 4th day of December, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE